UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SALEM HOMES OF FLORIDA, INC.,
a Florida corporation

    Plaintiff,

vs.                                                                Case No. 3:19-cv-00333-BJD-MCR

RES-CARE, INC., a Kentucky corporation.

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT AND**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Local Rule 3.08, Counsel for Plaintiff/Counter-Defendant Salem Homes of Florida, Inc. and Counsel for Defendant/Counter-Plaintiff Res-Care, Inc. hereby inform the Court that the parties have reached an agreement to settle this litigation.  Moreover, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the entirety of this case, including all claims and counter-claims, with prejudice.  The parties shall bear their own respective fees and costs.

| | |
|---|---|
| */s/  William A. McBride* | */s/  Jon Salomon* |
| Richard M. Hanchett | David Tachau |
| Florida Bar No. 709212 | Jon Salomon |
| rhanchett@trenam.com | TACHAU MEEK PLC |
| achrisman@trenam.com | 101 S. Fifth Street, Suite 3600 |
| Lindsay Patrick Lopez | PNC Tower |
| Florida Bar No. 0022839 | Louisville, KY 40202-3120 |
| llopez@trenam.com | Telephone:  (502) 238-9900 |
| ranctil@trenam.com | dtachau@tachaulaw.com |
| William A. McBride | jsalomon@tachaulaw.com |
| Florida Bar No. 112081 | *Co-Counsel for Defendant Res-Care, Inc.* |
| bmcbride@trenam.com | *d/b/a BrightSpring Health Services* |

lbehr@trenam.com
Trenam, Kemker, Scharf, Barkin
 Frye, O'Neill & Mullis, P.A.
101 East Kennedy Blvd., Suite 2700
Tampa, Florida 33602
Telephone: (813) 223-7474
Facsimile: (813) 229-6553
*Counsel for Plaintiff Salem Homes of Florida, Inc.*

-and-

/s/ *Ernest J. Marquart*
Ernest J. Marquart
Florida Bar No. 905860
Jeffrey B. Fabian
Florida Bar No. 0085868
Shumaker, Loop & Kendrick, LLP
101 East Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660
emarquart@shumaker.com (Primary e-mail)
mdesilles@shumaker.com (Secondary e-mail)
jfabian@shumaker.com (Primary e-mail)
ldyer@shumaker.com (Secondary e-mail)
*Co-Counsel for Defendant Res-Care, Inc. d/b/a BrightSpring Health Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2020, a copy of the foregoing **Joint Notice of Settlement and Stipulation of Dismissal with Prejudice** was electronically filed with the Court's CM/ECF System, which will send a notice of electronic filing and copy to all parties of record.

/s/ William A. McBride
Attorney